UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUCASFILM LTD. LLC AND LUCASFILM ENTERTAINMENT COMPANY LTD. LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BROWN a/k/a FLYNN MICHAEL a/k/a FLYNN, AN INDIVIDUAL AND D/B/A NEW YORK JEDI, LIGHTSABER ACADEMY AND THRILLS AND SKILLS; THRILLS AND SKILLS, INC.; LIGHTSABER ACADEMY, INC.; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 16-5968 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not finalized, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 30 days of the date this order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: 01/31/18

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge